**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**AT PIKEVILLE**

**CIVIL ACTION NO. 22-119-DLB**

**LINDA ADAMS**                                                                                    **PLAINTIFF**

**v.**                                          <u>**JUDGMENT**</u>

**OLD REPUBLIC INSURANCE CO., et al.**                          **DEFENDANTS**

\*\*\*     \*\*\*     \*\*\*     \*\*\*

Pursuant to the Memorandum Opinion and Order entered contemporaneously herewith, and the Court being otherwise sufficiently advised,

**IT IS ORDERED and ADJUDGED** as follows:

(1)     Defendants' Motion to Dismiss (Doc. # 5) is **GRANTED**;

(2)     Plaintiff's Complaint (Doc. # 1) is **DISMISSED WITH PREJUDICE**; and

(3)     This matter is **STRICKEN** from the Court's active docket.

This 30th day of January, 2023.



Signed By:
<u>David L. Bunning</u> DB
United States District Judge

K:\DATA\ORDERS\PikeCivil\2022\22-119 Judgment.docx